**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

|  |  |
|---|---|
| DOUGLAS A. RICHEY, | ) |
| Plaintiff, | ) Case No. 6:18-cv-149-ORL-28-GJK |
| v. | ) |
| OWL, INC. d/b/a/ OWL TRANSPORTATION and ANTHONY CRITTENDEN, | ) |
| Defendants. | ) |

## RESPONSE TO COURT ORDER DATED OCTOBER 15, 2018

Plaintiff, Douglas Richey, acting thru Undersigned Counsel, files this Response to the Court Order dated October 15, 2018, and states:

1. Mediation in this case was initially scheduled for September 26, 2018. Due to unanticipated events, the Parties rescheduled the mediation for November 28, 2018.

2. Mediation was continued at the request of Trial Counsel for the Plaintiff. Defendants' Counsel consented to the request.

3. Plaintiff is filing this response with the approval of the Defendants.

4. Plaintiff's Trial Counsel, Joseph Egan, requested the continuance because he learned in August that he was to undergo a series of medical examinations at Dartmouth Hitchcock Hospital in Hanover, New Hampshire, during the month of September. The scheduling of the examinations was entirely in the hands of the medical providers.[1]

---

[1] Plaintiff's Trial Counsel learned in August that he was likely to undergo a series of four (4) medical examinations, including three (3) during the month of September. The third test was conducted September 28, 2018. All of the tests, including the pre-test preparations, were conducted at the hospital in Hanover, New Hampshire.

1

5. The Parties have conducted discovery, including the deposition of the Plaintiff, but both parties intend to conduct additional discovery. Under the circumstances, the Parties agreed to reschedule the mediation for November 28, 2018.

6. The Parties now recognize the need to inform the Court of any change in the Court's case management order.

DATED:  October 22, 2018

                                              Attorney for Plaintiff,

/s/ Nicholas Wolfmeyer___
Joseph Egan
Florida Bar No. 180102
Nicholas Wolfmeyer
Florida Bar No. 127218
Egan, Lev, Lindstrom & Siwica, P.A.
P.O. Box 2231
Orlando, FL 32802
(407) 422-1400
nwolfmeyer@eganlev.com
jegan@eganlev.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2018 I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send notice of electronic filing to the following:

| | |
|---|---|
| Larry Stine, Esq.<br>Wimberly Lawson Steckel Schneider & Stine P.C.<br>Suite 400, Lenox Towers<br>3400 Peachtree Road, N.E.<br>Atlanta GA 30326<br>jls@wimlaw.com | Anthony D. Tilton<br>Trent Cotney P.A.<br>8621 E. Dr. Marin Luther King Jr.<br>Tampa, Florida 33610<br>atilton@trentcotney.com |

Attorneys for Plaintiff,

/s/ Nicholas Wolfmeyer\_\_\_
Joseph Egan
Florida Bar No. 180102
Nicholas Wolfmeyer
Florida Bar No. 127218
Egan, Lev, Lindstrom & Siwica, P.A.
P.O. Box 2231
Orlando, FL 32802
(407) 422-1400
nwolfmeyer@eganlev.com
jegan@eganlev.com